

# Case Assignment
# Standard Civil Assignment

Case number **3:23CV-476-GNS**

Assigned : Chief Judge Greg N. Stivers
Judge Code : 4416

Assigned on 9/12/2023 3:26:29 PM
Transaction ID: 79918

Request New Judge    Return