# United States District Court
# Western District of Kentucky
# at Louisville

### NOTICE OF DEFICIENCY

| | |
|---|---|
| **TO:** | Jennifer S. Czeisler |
| **CASE #:** | 3:23-cv-476-GNS |
| **STYLE OF CASE:** | T.K. v. Prime Hydration, LLC et al |
| **DOCUMENT TITLE:** | Complaint |
| **DATE:** | 9/14/2023 |
| **BY:** | Susan Huff<br>*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**File a Rule 7.1(a)(2) disclosure statement in any action in which jurisdiction is based on diversity under 28 U.S.C. 1332(a). (effective 12/1/2022).**

**YOU ARE GRANTED <u>7 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   <u>FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT</u>**