## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **T.K., individually and in her capacity as parent and legal guardian of JOHN DOE,** on behalf of themselves and all others similarly situated, | Case No. 3:23-cv-476-GNS <br><br> Jury Trial Requested. |
| Plaintiff, | |
| v. | |
| **PRIME HYDRATION LLC, CONGO BRANDS LLC, LOGAN PAUL and OLAJIDE OLAYINKA WILLIAMS OLATUNJI**, | |
| Defendants. | |

## DISCLOSURE STATEMENT

This Disclosure Statement is filed on behalf of Plaintiff T.K., individually and in her capacity as parent and legal guardian of JOHN DOE, in compliance with the provisions of Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, stating that there are no parent corporation(s) nor any publicly held corporation(s) that own 10% or more of plaintiff's stock because plaintiffs are individuals; and in compliance with the provisions of Rule 7.1(a)(1) (2), which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement, must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Plaintiffs, hereby declare the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.):

| | |
|---|---|
| T.K., individually and in her capacity as parent and legal guardian of JOHN DOE Plaintiff | Los Angeles County, CA Citizenship |

DATED: September 15, 2023         Respectfully submitted,

/s/ *J. Chris Sanders*
J. Chris Sanders (of counsel)
**BAHE, COOK, CANTLEY & NEFZGER**
1041 Goss Avenue
Louisville, KY 40217
(502) 587-2002
csanders@bccnlaw.com

Jennifer S. Czeisler (*pro hac vice* to be filed)
**STERLINGTON PLLC**
One World Trade Center
85th Floor
New York, New York 10007
Telephone: (212) 433-2993
jen.czeisler@sterlingtonlaw.com

Edward W. Ciolko (*pro hac vice* to be filed)
**STERLINGTON PLLC**
One World Trade Center
85th Floor
New York, New York 10007
Telephone: (212) 433-2993
Edward.ciolko@sterlingtonlaw.com

James M. Evangelista (*pro hac vice* to be filed)
**EVANGELISTA WORLEY LLC**
500 Sugar Mill Road
Suite 245A
Atlanta, GA 30350

Tel.: 404-205-8400
Fax: 404-205-8395
Email: jim@ewlawllc.com

*Attorneys for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing DISCLOSURE STATEMENT was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

Dated:  September 15, 2023                    By: /s/ *J. Chris Sanders*
                                                                              J. Chris Sanders