AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| T.K., Individually and in her capacity as parent and legal guardian of JOHN DOE, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>PRIME HYDRATION LLC, CONGO BRANDS LLC, LOGAN PAUL and OLAJIDE OLAYINKA WILLIAMS OLATUNJI,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:23-cv-476-GNS<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PRIME HYDRATION LLC
2858 Frankfort Avenue
Louisville, Kentucky 40206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Chris Sanders
BAHE, COOK, CANTLEY & NEFZGER
1041 Goss Avenue
Louisville, KY 40217
(502) 587-2002   3:23-cv-476-GNS

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/13/2023  _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-476-GNS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Prime Hydration, LLC__
was received by me on *(date)* __09/18/2023__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Amy Warford- CT Rep.__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__Prime Hydration, LLC__ on *(date)* __09/18/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __09/19/2023__

*Server's signature*

__Cara Durham- Process Server__
*Printed name and title*


__128 S. Locust St., Versailles, KY 40383__
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

**State of Kentucky**  **County of Western**  **District Court**

Case Number: 3:23-CV-476-GNS

Plaintiff:
**T.K., individually and in her capacity as parent and legal guardian of John Doe, on behalf of themselves and all others similarly situated**

vs.

Defendant:
**Prime Hydration LLC, Congo Brands LLC, Logan Paul and Olajide Olayinka Williams Olatunji**

For:
Bahe, Cook, Cantley & Nefzger
1041 Gross Avenue
Louisville, KY 40217

Received by Kentucky Process Service Inc. on the 18th day of September, 2023 at 10:00 am to be served on **Prime Hydration, LLC C/O CT Corporation System, 306 W. Main St., Suite 512, Frankfort, KY 40601**.

I, Cara Durham, being duly sworn, depose and say that on the **18th day of September, 2023 at 1:00 pm**, I:

served a **CORPORATION** by delivering a true copy of the Summons in a Civil Action, Proof of service, Class Action Complaint to: **Amy Warford as CT Rep. for Prime Hydration, LLC**, at the address of: **306 W. Main St., Suite 512, Frankfort, KY 40601**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 250, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 19th day of September, 2023 by the affiant who is personally known to me.

_Brittany Rue_
NOTARY PUBLIC

Brittany Dawn Rue
Notary Public, ID KYNP65685
State at Large, Kentucky
My Commission Expires on Jan. 25, 2027

_Cara Durham_
Cara Durham
Process Server

09/19/2023
Date

Kentucky Process Service Inc.
128 S. Locust Street
Versailles, KY 40383
(859) 489-0726

Our Job Serial Number: KPM-2023006032

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2s