UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00476-GNS

TURKOISE KENNEDY et al.                                                  PLAINTIFFS

v.

PRIME HYDRATION, LLC                                                     DEFENDANTS

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss (DN 19) and Defendants' Motion to Cease Appearing Under a Pseudonym (DN 20). The motions are ripe for adjudication.

Since Defendants filed their motions, however, Plaintiffs have filed the First Amended Class Action Complaint (DN 26). Because the First Amended Class Action Complaint subsumes the allegations in the prior Complaint, the Court will grant deny the motion to dismiss as moot. *See Herran Props., LLC v. Lyon Cnty. Fiscal Ct.*, No. 5:17-CV-00107-GNS, 2017 WL 6377984, at *2 (W.D. Ky. Dec. 13, 2017) (citing *Cedar View, Ltd. v. Colpetzer*, No. 5:05-CV-00782, 2006 WL 456482, at *5 (N.D. Ohio Feb. 24, 2006)); *Ky. Press Ass'n, Inc. v. Kentucky*, 355 F. Supp. 2d 853, 857 (E.D. Ky. 2005) (citing *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000)). In addition, the other motion is moot because Plaintiff T.K.'s name appears in the First Amended Class Action Complaint.

For the foregoing reasons, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (DN 19) and Defendants' Motion to Cease Appearing Under a Pseudonym (DN 20) are **DENIED AS MOOT**.

Greg N. Stivers, Chief Judge
United States District Court

February 12, 2024

cc:      counsel of record