UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| TURKOISE KENNEDY and JAMAL HARPER, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PRIME HYDRATION LLC,<br><br>*Defendant*. | Case No. 3:23-cv-00476-GNS<br><br>**PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

Plaintiffs Turkoise Kennedy and Jamal Harper ("Plaintiffs"), by and through their undersigned counsel, respectfully submit this response to the Court's August 14, 2024, Order to Show Cause why the claims asserted against the individual Defendants, Logan Paul and Olajide Olayinka Williams Olatunji, should not be dismissed without prejudice for their failure to prosecute [Dkt 44].

Having been unable to effectuate personal service *to date* on these individual Defendants as both reside outside the continental United States[1], Plaintiffs advised

---

[1] Plaintiffs expended extensive time, effort, and resources trying to track down these Defendants for personal service. But, despite inquiring with other named Defendant's counsel, the appropriate office of this Court, and third-party servicers in this country and abroad, Plaintiffs were unable to effectuate service due to, *inter alia,* running into issues of gated foreign communities/residences.

Defendant's counsel last spring that Plaintiffs had determined that voluntarily dismissing Defendants Paul and Olatunji would be the most expeditious way to keep this case moving forward and provided a draft stipulation of dismissal for Defendant's approval.  The parties agreed to the form of the stipulation of dismissal yesterday, on September 12 and, accordingly, it was filed later that day. [Dkt 58].

Respectfully Submitted,

*/s/ Jennifer Czeisler*
Jennifer Czeisler*
*jen.czeisler@sterlingtonlaw.com*
Edward Ciolko*
*ed.ciolko@sterlingtonlaw.com*
**STERLINGTON PLLC**
One World Trade Center, 85th Floor
New York, New York 10007
Tel.:  (212) 433-2993

James M. Evangelista*
**EVANGELISTA WORLEY LLC**
10 Glenlake Parkway
South Tower Suite 130
Atlanta, GA 30328
Tel.: (404) 205-8400
jim@ewlawllc.com

J. Chris Sanders (of counsel)
*csanders@bccnlaw.com*
**BAHE COOK CANTLEY**
   **& NEFZGER**
1041 Goss Avenue
Louisville, Kentucky 40217
Tel.:  (502) 587-2002

*Attorneys for Plaintiffs
and Proposed Class*

\*Pro Hac Vice Admitted

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

Dated: September 13, 2024

By: */s/ Jennifer S. Czeisler*
Jennifer S. Czeisler
