UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00476-GNS-RSE

TURKOISE KENNEDY, et al.                                    PLAINTIFFS

v.

PRIME HYDRATION, LLC                                        DEFENDANTS

## **ORDER**

On January 8, 2026, the Clerk's Office issued an "Invoice Pro Hac Vice Renewal Fee" (DN 114) to Attorney Brian D. Straw directing him to pay his annual renewal fee of $150.00 within 45 days of the notice.

As of April 13, 2026, this renewal fee has not been received by the Court.

**IT IS HEREBY ORDERED** that Attorney Straw shall pay his overdue balance of $150.00 **within 14 days of the entry of this Order**.  Failure to do so will result in Attorney Straw being suspended from appearing in any action in front of this Court.

**Greg N. Stivers, Judge**
**United States District Court**

April 13, 2026

cc:    Counsel of record